GORDON SILVER
MICHAEL N. FEDER
Nevada Bar No. 7332
E-mail: mfeder@gordonsilver.com
MARK S. DZARNOSKI
Nevada Bar No. 3398
E-mail: mdzarnoski@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Defendant, Speedee Mart, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>RIVIERA OPERATING CORPORATION d/b/a RIVIERA HOTEL & CASINO,<br><br>Defendant. | CASE NO. 2:11-cv-1728-KJD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Thomas Chayra, by and through his counsel, Mark G. Henness and David J. Martin of the law firm Henness & Haight, and Riviera Operating Corporation d/b/a Riviera Hotel & Casino, by and

…

…

…

…

…

…

…

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103054-005/1676731

1 of 2

through its counsel, Michael N. Feder of the law firm Gordon Silver, that the above-referenced action and all claims asserted therein be dismissed with prejudice, with each party bearing its own fees and costs.

DATED this 27 day of September, 2012.   DATED this 27th day of September, 2012.

HENNESS & HAIGHT                             GORDON SILVER

Mark G. Henness                              Michael N. Feder
Nevada Bar No. 5842                          Nevada Bar No. 7332
David J. Martin                              Mark S. Dzarnoski
Nevada Bar No. 9117                          Nevada Bar No. 3398
8972 Spanish Ridge Avenue                    3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89148                      Las Vegas, Nevada 89169-5978
(702) 862-8200                               (702) 796-5555
*Attorneys for Plaintiff*                    *Attorneys for Riviera Operating Corporation*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: October 16, 2012

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103054-005/1676731